SEABOARD SURETY COMPANY, Plaintiff, v. CLEMENTE CONTRACTING CO., INC., and Another, Defendants, and JACOB DRUCKMAN and KEY WEST CORPORATION, Respondents, and JOHN E. BACHMANN, as Receiver, etc., Appellant.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted as to item No. 7 of the notice of motion. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the General Assignment for Benefit of Creditors of METROPOLITAN LAMP CO., INC., Assignor, to PHILIP POGER, Assignee, Respondent, MAJESTIC FACTORS CORP., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Appointment of a Committee of the Estate of HANS MANNERHEIM or HANS FALK VON MANNERHEIM, an Alleged Incompetent Person. HANS MANNERHEIM, etc., Appellant; DAVID CORCORAN, Superintendent Central Islip State Hospital, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

HELEN AGOPIAN, Appellant, v. GARO AGOPIAN, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and plaintiff's motion to adjudge the defendant in contempt for non-payment of alimony granted, with leave to the defendant to purge himself of the contempt by paying the arrears of alimony at the rate of five dollars a week; and defendant's motion to modify the interlocutory and final decrees of divorce heretofore entered herein granted to the extent of reducing the alimony to ten dollars a week as of the 29th day of November, 1938. No opinion. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

JESSIE BERNSTEIN, Respondent, v. SOL BERNSTEIN, Appellant.— Order unanimously modified by reducing the counsel fee to the sum of $500, which is to include all disbursements, and as so modified affirmed, without costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

MARGARET O. BALDWIN, Respondent, v. RUTH F. SIRE, Defendant, Impleaded with BROWN, WHEELOCK, HARRIS & CO., INC., etc., Respondent, and THE GREENWICH SAVINGS BANK and GEORGE J. FAUST, JR., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the plaintiff-respondent. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), Respondent, v. PEOPLES REALTY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.